| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Fernandez, Ferdinand F. | 2. Court or Organization  Ninth Circuit Court of Appeals | 3. Date of Report  05/05/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States Circuit Judge, Senior | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015 to 12/31/2015 |

| 7. Chambers or Office Address  125 S. Grand Avenue, Suite 602 Pasadena, CA 91105 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fernandez, Ferdinand F. | 05/05/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐     NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | West Publishing Co. | Books | $1,506.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑     NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Accts. at Wells Fargo Bank | A | Interest | L | T | | | | | |
| 2.  Accts. at JP Morgan Chase | A | Interest | L | T | | | | | |
| 3.  Accts. at Bank of America | A | Interest | M | T | | | | | |
| 4.  Accts. at Union Bank | A | Interest | L | T | | | | | |
| 5.  Accts. at Community Bank | A | Interest | L | T | | | | | |
| 6.  Accts. at California Bank and Trust | A | Interest | L | T | | | | | |
| 7.  Accts. at Pacific Western Bank | A | Interest | L | T | | | | | |
| 8.  Accts. at U.S. Bank | A | Interest | M | T | | | | | |
| 9.  Accts. at Community Commerce Bank | A | Interest | M | T | | | | | |
| 10.  Accts at Bank of the West | A | Interest | L | T | | | | | |
| 11.  Accts. at Citizens Business Bank | A | Interest | L | T | | | | | |
| 12.  Accts. at Security Bank of California | A | Interest | L | T | | | | | |
| 13.  Acct. at Discover Bank | A | Interest | L | T | Open | 05/11/15 | L | | |
| 14.  Acct. at Compass Bank | A | Interest | | | Closed | 03/26/15 | L | A | |
| 15.  Acct. at Cole Taylor Bank | A | Interest | | | Closed | 04/21/15 | L | A | |
| 16.  Acct. at Goldmans Sachs Bank | A | Interest | M | T | | | | | |
| 17.  Am. Fund Cap Income Builder; Cl A | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Am. Fund New Economy Cl A | A | Dividend | J | T | | | | | |
| 19. Income Fund of America Cl A | A | Dividend | K | T | | | | | |
| 20. Am. Cap. Fund Cl A | A | Dividend | K | T | | | | | |
| 21. Am. Fund Balanced Fund Cl A | B | Dividend | M | T | | | | | |
| 22. Am Fund Growth Fund Cl A | A | Dividend | L | T | | | | | |
| 23. Am Fund, Inv. Co. of America Cl A | A | Dividend | J | T | | | | | |
| 24. Wash. Mut. Inv. Fund Cl A | B | Dividend | L | T | | | | | |
| 25. Invesco Van Kampen Am. Franchise Fund Cl A | A | Dividend | L | T | | | | | |
| 26. Invesco Van Kampen Real Estate Fund Cl A | A | Dividend | K | T | | | | | |
| 27. Invesco Van Kampen Comstock Fund Cl A (formerly Van Kampen Comstock) | A | Dividend | K | T | | | | | |
| 28. Select Notes Trust Sec. LT #5 | A | Interest | J | T | | | | | |
| 29. GNMA Pool Cert. | A | Interest | J | T | | | | | |
| 30. U.S. T. Bills | A | Interest | L | T | | | | | |
| 31. U.S. T. Bills | A | Interest | K | T | | | | | |
| 32. U.S. T. Bills | A | Interest | K | T | | | | | |
| 33. U.S. T. Bills | A | Interest | N | T | | | | | |
| 34. U.S. T. Bills | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. U.S. T. Bills | A | Interest | L | T | | | | | |
| 36. Trust #1; Income Beneficiary (Items 37-119) | | | | | | | | | |
| 37. (a) Wells Fargo, Trustee | | | | | | | | | |
| 38. (i) Wells Fargo Funds for Trusts and Cash | A | Int./Div. | K | T | | | | | |
| 39. (ii-a) Vanguard REIT Viper | A | Dividend | J | T | Sold (part) | 03/12/15 | J | A | |
| 40. (ii-b) Same as (ii-a) | | | | | Buy (add'l) | 07/24/15 | J | | |
| 41. (ii-c) Same as (ii-a) | | | | | Sold (part) | 11/16/15 | J | A | |
| 42. (iii-a) Pimco Foreign Bond Fund USD Hedged | A | Dividend | | | Sold (part) | 06/11/15 | J | A | |
| 43. (iii-b) Same as (iii-a) | | | | | Sold | 07/22/15 | J | A | |
| 44. (iv-a) Vanguard Emerging Market ETF | A | Dividend | J | T | Buy (add'l) | 02/26/15 | J | | |
| 45. (iv-b) Same as (iv-a) | | | | | Sold (part) | 11/16/15 | J | A | |
| 46. (iv-c) Same as (iv-a) | | | | | Sold (part) | 12/14/15 | J | A | |
| 47. (v-a) SPDR D.J. Wilshire Int'l. Real Estate | A | Dividend | J | T | Sold (part) | 03/02/15 | J | A | |
| 48. (v-b) Same as (v-a) | | | | | Buy (add'l) | 07/24/15 | J | | |
| 49. (vi-a) Dreyfus Emerging Mkts Debt Fund | A | Dividend | | | Buy (add'l) | 02/26/15 | J | | |
| 50. (vi-b) Same as (vi-a) | | | | | Sold (part) | 07/22/15 | J | A | |
| 51. (vi-c) Same as (vi-a) | | | | | Sold | 12/07/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. (vii-a) AMEX Consumer SPDR | A | Dividend | J | T | Buy (add'l) | 02/26/15 | J | | |
| 53. (vii-b) Same as (vii-a) | | | | | Buy (add'l) | 09/03/15 | J | | |
| 54. (vii-c) Same as (vii-a) | | | | | Sold (part) | 11/16/15 | J | A | |
| 55. (viii-a) Consumer Staples Sec SPDR | A | Dividend | J | T | Buy (add'l) | 02/26/15 | J | | |
| 56. (viii-b) Same as (viii-a) | | | | | Sold (part) | 07/24/15 | J | A | |
| 57. (viii-c) Same as (viii-a) | | | | | Buy (add'l) | 09/03/15 | J | | |
| 58. (ix-a) AMEX Energy Select SPDR | A | Dividend | J | T | Buy (add'l) | 02/26/15 | J | | |
| 59. (ix-b) Same as (ix-a) | | | | | Sold (part) | 07/24/15 | J | | |
| 60. (ix-c) Same as (ix-a) | | | | | Buy (add'l) | 11/16/15 | J | | |
| 61. (x-a) AMEX Financial Select SPDR | A | Dividend | J | T | Buy (add'l) | 02/26/15 | J | | |
| 62. (x-b) Same as (x-a) | | | | | Sold (part) | 07/24/15 | J | A | |
| 63. (x-c) Same as (x-a) | | | | | Buy (add'l) | 09/03/15 | J | | |
| 64. (x-d) Same as (x-a) | | | | | Sold (part) | 11/16/15 | J | A | |
| 65. (xi-a) AMEX Health Care SPDR | A | Dividend | J | T | Buy (add'l) | 02/26/15 | J | | |
| 66. (xi-b) Same as (xi-a) | | | | | Buy (add'l) | 09/03/15 | J | | |
| 67. (xii-a) AMEX Industrial SPDR | A | Dividend | J | T | Buy (add'l) | 02/26/15 | J | | |
| 68. (xii-b) Same as (xii-a) | | | | | Buy (add'l) | 09/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. (xii-c) Same as (xii-a) | | | | | Sold (part) | 11/16/15 | J | A | |
| 70. (xiii-a) AMEX Technology SPDR | A | Dividend | J | T | Buy (add'l) | 02/26/15 | J | | |
| 71. (xiii-b) Same as (xiii-a) | | | | | Sold (part) | 07/24/15 | J | A | |
| 72. (xiii-c) Same as (xiii-a) | | | | | Buy (add'l) | 09/03/15 | J | | |
| 73. (xiii-d) Same as (xiii-a) | | | | | Sold (part) | 11/16/15 | J | A | |
| 74. (xiv) AMEX Materials SPDR | A | Dividend | J | T | Buy (add'l) | 02/26/15 | J | | |
| 75. (xv-a) I Shares S&P Midcap 400 Growth | A | Dividend | J | T | Sold (part) | 03/02/15 | J | A | |
| 76. (xv-b) Same as (xv-a) | | | | | Buy (add'l) | 07/24/15 | J | | |
| 77. (xvi-a) I Shares S&P Midcap 400 Value | A | Dividend | J | T | Sold (part) | 03/02/15 | J | A | |
| 78. (xvi-b) Same as (xvi-a) | | | | | Buy (add'l) | 07/24/15 | J | | |
| 79. (xvii-a) I Shares S&P Cap (formerly I Shares TR Small Cap 600 Index) | A | Dividend | J | T | Sold (part) | 03/02/15 | J | A | |
| 80. (xvii-b) Same as (xvii-a) | | | | | Buy (add'l) | 07/24/15 | J | | |
| 81. (xviii) Diamond Hill Long-Short Fund C1.1 | A | Dividend | | | Sold | 02/26/15 | J | B | |
| 82. (xix-a) Merger FD Class Inst. ▮ (formerly Merger FD SH BEN INT) | A | Dividend | J | T | Sold (part) | 02/26/15 | J | A | |
| 83. (xix-b) Same as (xix-a) | | | | | Sold (part) | 10/28/15 | J | A | |
| 84. (xx-a) Credit Suisse Commodity Return Strat. Fund | A | Dividend | J | T | Buy (add'l) | 02/26/15 | J | | |
| 85. (xx-b) Same as (xx-a) | | | | | Sold (part) | 07/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. (xx-c) Same as (xx-c) | | | | | Buy (add'l) | 11/16/15 | J | | |
| 87. (xxi-a) Driehaus Active Income Fund | A | Dividend | | | Sold (part) | 02/26/15 | J | A | |
| 88. (xxi-b) Same as (xxi-a) | | | | | Sold | 10/28/15 | J | A | |
| 89. (xxii-a) Fidelity Advisors Emerging Markets Income Fund Class 1 | A | Dividend | J | T | Buy (add'l) | 02/26/15 | J | | |
| 90. (xxii-b) Same as (xxii-a) | | | | | Buy (add'l) | 07/24/15 | J | | |
| 91. (xxii-c) Same as (xxii-a) | | | | | Buy (add'l) | 11/23/15 | J | | |
| 92. (xxii-d) Same as (xxii-a) | | | | | Buy (add'l) | 12/07/15 | J | | |
| 93. (xxiii-a) Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Sold (part) | 07/24/15 | J | A | |
| 94. (xxiii-b) Same as (xxiii-a) | | | | | Buy (add'l) | 02/26/15 | J | | |
| 95. (xxiii-c) Same as (xxiii-a) | | | | | Buy (add'l) | 11/16/15 | J | | |
| 96. (xxiv-a) ASG Global Alternative fund Class Y | A | Dividend | J | T | Sold (part) | 02/26/15 | J | A | |
| 97. (xxiv-b) Same as (xxiv-a) | | | | | Sold (part) | 10/28/15 | J | A | |
| 98. (xxv-a) Eaton Global Marco Absolute Return Fund Class - I | A | Dividend | J | T | Sold (part) | 02/26/15 | J | A | |
| 99. (xxv-b) Same as (xxv-a) | | | | | Buy (add'l) | 10/28/15 | J | | |
| 100. (xxvi) Nuveen High Yield Muni Bond Fund Class R | A | Dividend | | | Sold | 02/26/15 | J | A | |
| 101. (xxvii-a) T Rowe Price Inst Float Rate Fund | A | Dividend | J | T | Sold (part) | 07/22/15 | J | A | |
| 102. (xxvii-b) Same as (xxvii-a) | | | | | Sold (part) | 07/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 05/05/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. (xxviii-a) T Rowe Price Short Term Bond Fund | A | Dividend | J | T | Sold (part) | 02/26/15 | J | A | |
| 104. (xxiii-b) Same as (xxiii-a) | | | | | Buy (add'l) | 06/11/15 | J | | |
| 105. (xxviii-c) Same as (xxviii-a) | | | | | Sold (part) | 07/22/15 | J | A | |
| 106. (xxix) Vanguard Total Bond MKT ETF | A | Dividend | | | Sold | 03/02/15 | J | A | |
| 107. (xxx) Neuberger Berman Long Short Fund | A | Dividend | J | T | Sold (part) | 02/26/15 | J | A | |
| 108. (xxxi) Principal Global Multi-Strategy Fund | A | Dividend | | | Sold | 10/28/15 | J | A | |
| 109. (xxxii-a) Met West Total Return Bond Fund Cl▮ | A | Dividend | K | T | Buy | 02/26/15 | J | | |
| 110. (xxxii-b) Same as (xxxii-a) | | | | | Buy (add'l) | 07/24/15 | J | | |
| 111. (xxxii-c) Same as (xxxii-a) | | | | | Sold (part) | 11/12/15 | J | A | |
| 112. (xxxiii-a) AQR Managed Futures STR-1 | A | Dividend | J | T | Buy | 02/26/15 | J | | |
| 113. (xxxiii-b) Same as (xxxiii-a) | | | | | Sold (part) | 10/28/15 | J | A | |
| 114. (xxxiv) Blackrock Global L/S Credit - Ins | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 115. (xxxv) T Rowe Price Real Estate Fd.▮ | A | Dividend | J | T | Buy | 12/28/15 | J | | |
| 116. (xxxvi-a) AMEX Utilities | A | Dividend | | | Buy | 07/24/15 | J | | |
| 117. (xxxvi-b) Same as (xxxvi-a) | | | | | Sold | 11/16/15 | J | A | |
| 118. (xxxvii) I Shares MSCI Emerging Mkts | A | Dividend | J | T | Buy | 12/14/15 | J | | |
| 119. (b) Real Property in Clifton, AZ (trustee unknown) | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 05/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VI of report for 2014, in Item 68 I Path Dow Jones is indicated as having value at end of year, but also indicates it was sold on 01/27/2014. The former was in error; it was no longer an asset after it was sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ferdinand F. Fernandez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544